

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2021

No. 04-20-00528-CV

Alberto **MUNIZ** and Bridget Muniz,
Appellants

v.

Mike **DUGI** and Mary Ann Dugi,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVDO-18-0000406
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

The Appellees' Motion for Extension of Time to File Brief is hereby GRANTED. The appellees' brief is due on or before August 2, 2021. No further extensions will be granted.

Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2021.

MICHAEL A. CRUZ, Clerk of Court